AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2017 JUN 30 PM 4: 05

CLERK

BY _____
DEPUTY CLERK

United States of America
v.
Donald Hammalian, Jr.

Case No. 2:16-mj-136

Defendant

RECEIVED 2017 JUN 29 PM 3: 13 U.S. MARSHAL'S SERVICE DISTRICT OF VERMONT

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Donald Hammalian, Jr.,

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment  ❒ Superseding Indictment  ❒ Information  ❒ Superseding Information  ☑ Complaint
❒ Probation Violation Petition  ❒ Supervised Release Violation Petition  ❒ Violation Notice  ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2252(a)(4)(B)   knowingly possessed visual depictions that had been shipped or transported using any means or facility of interstate commerce, including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

Date:  06/29/2017

_____
*Issuing officer's signature*

City and state:  Burlington, Vermont

Hon. John M. Conroy, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/29/17, and the person was arrested on *(date)* 6/30/17
at *(city and state)* BURLINGTON VT.

Date:  6/30/17

_____
*Arresting officer's signature*

I SHIV-SOUSA
*Printed name and title*