**REVISED**  NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.                                              Case No: 16mj136-1

DONALD S. HAMMALIAN, JR.

TAKE NOTICE that the above-entitled case has been rescheduled at 10:00 a.m. on Friday, July 21, 2017, at Burlington, Vermont before the Honorable John M. Conroy, Magistrate Judge, for a Preliminary Hearing or Arraignment.

| | |
|---|---|
| Location: Courtroom 440 | JEFFREY S. EATON, Clerk |
| Date of Notice: 7/11/2017 | By /s/Jeffrey J. Jarvis |
| | Deputy Clerk |

*Previously Scheduled:* 7/14/2017 at 1:30 p.m.

TO:
Barbara A. Masterson , AUSA

Office of the Federal Public Defender